**FILED**
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR525-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| LUIS ENRIQUE FONSECA-DIAZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 28, 2008, within the Southern District of California, defendant LUIS ENRIQUE FONSECA-DIAZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 57.90 kilograms (127.38 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 26, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis for/*
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
2/26/08